United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Beverly Williams  
    Debtor

Case No. 14-16404-jkf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: ChrissyW    Page 1 of 1    Date Rcvd: Jun 26, 2019  
Form ID: trc    Total Noticed: 0

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 28, 2019.  
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

      ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****  
13535490     ##Federal National Mortgage Association,   c/o Seterus,Inc.,   PO Box 2008,  
        Grand Rapids, MI 49501-2008  
                       TOTALS: 0, * 0, ## 1

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 28, 2019            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 25, 2019 at the address(es) listed below:  
      HEATHER STACEY RILOFF    on behalf of Creditor    Seterus, Inc., as the authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc     heather@mvrlaw.com, Michelle@mvrlaw.com  
      JENIECE D. DAVIS    on behalf of Creditor    Seterus, Inc., as the authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc     Jeniece@MVRLAW.COM, bonnie@mvrlaw.com  
      JOSEPH L QUINN    on behalf of Debtor Beverly  Williams CourtNotices@rqplaw.com  
      LESLIE J. RASE    on behalf of Creditor    OCWEN LOAN SERVICING, LLC pabk@logs.com, lerase@logs.com  
      POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com, ecf_frpa@trustee13.com  
      REBECCA ANN SOLARZ    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper bkgroup@kmllawgroup.com  
      SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com, ecf_frpa@trustee13.com  
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
      WILLIAM EDWARD MILLER    on behalf of Creditor    OCWEN LOAN SERVICING, LLC wmiller@sterneisenberg.com, bkecf@sterneisenberg.com  
      WILLIAM EDWARD MILLER    on behalf of Creditor    Federal National Mortgage Association wmiller@sterneisenberg.com, bkecf@sterneisenberg.com  
                            TOTAL: 10

2100 B (12/15)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 14-16404-jkf
Chapter 13

In re: Debtor(s) (including Name and Address)

Beverly Williams
1404 St. Johnsbury Court
Chester Springs PA 19425

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 06/25/2019.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 12: Federal National Mortgage Association, c/o Seterus,Inc., PO Box 2008, Grand Rapids, MI 49501-2008 | Nationstar Mortgage LLC d/b/a Mr. Cooper<br>P.O. Box 619094<br>Dallas, TX 75261-9741 |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:  06/28/19

Tim McGrath
**CLERK OF THE COURT**