United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                      Case No. 14-16404-jkf
Beverly Williams                                                            Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: Antoinett    Page 1 of 2              Date Rcvd: Aug 28, 2019
                Form ID: 138NEW    Total Noticed: 40

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 30, 2019.
```
db            +Beverly Williams,    1404 St. Johnsbury Court,    Chester Springs, PA 19425-8709
cr            +OCWEN LOAN SERVICING, LLC,    Stern & Eisenberg, PC,    1581 Main Street,    Suite 200,
                Warrington, PA 18976-3403
cr            +PNC Bank, N.A.,    PO BOX 94982,    CLEVELAND, OH 44101-4982
13364256       AnestiPlus, Inc.,    123 W. Germantown Pike,    Suite 2,    Norristown, PA 19401-1382
13488555      +Citizens Bank,    443 Jefferson Boulevard RJW-135,    Warwick, RI 02886-1321
13391800      +Department Stores National Bank/Macys,    Bankruptcy Processing,    Po Box 8053,
                Mason, OH 45040-8053
13364260      +Dsnb Macys,    9111 Duke Blvd,    Mason, OH 45040-8999
13607531       Federal National Mortgage Association,    Fannie Mae c/o Seterus, Inc.,    PO BOX 1047,
                Hartford CT 06143-1047
13535490       Federal National Mortgage Association,    c/o Seterus,Inc.,    PO Box 2008,
                Grand Rapids, MI 49501-2008
13364262       James S. Lewis, MD PC,    8380 Old York Road Suite 110A,    Elkins Park, PA 19027-1541
13425855     #+Law Office of Stephen Ross, P.C.,    152 E. High Street, Suite 100,    Pottstown, PA 19464-5480
13364263      +Medical Data Systems I,    2001 9th Ave,    Suite 312,    Vero beach, FL 32960-6413
13364264      +Medical Revenue Service,    645 Walnut Street,    Suite 5,    Gadsden, AL 35901-4173
14347310      +Nationstar Mortgage LLC d/b/a Mr. Cooper,    P.O. Box 619094,    Dallas, TX 75261-9094
14290030      +Nationstar Mortgage LLC d/b/a Mr. Cooper,    c/o  Rebecca A Solarz, Esquire,
                701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
13364267       Ocwen Loan Servicing L,    PO Box 24738,    West Palm Beach, FL 33416-4738
13471701       Ocwen Loan Servicing, LLC,    PO Box 24738,    West Palm Beach, FL,    33416-4738
13375563      +PNC BANK, N/A,    P O BOX 94982,    CLEVELAND  OHIO 44101-4982
14369890       PNC Bank,NA,    c/o Karina Velter, Esquire,    Manley Deas Kochalski LLC,    P.O. Box 165028,
                Columbus, OH  43216-5028
13364268       Payment Processing,    PO Box 183083,    Columbus, OH 43218-3083
13364269      +Pnc Bank,    Attn: Bankruptcy,    2730 Liberty Ave,    Pittsburgh, PA 15222-4747
13364270      +RBS Citizens Cc,    Attn: Bankruptcy Department,    443 Jefferson Blvd Ms: Rjw-135,
                Warwick, RI 02886-1321
13461962      +RBS Citizens, N.A.,    443 Jefferson Boulevard RJW-135,    Warwick, RI 02886-1321
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: megan.harper@phila.gov Aug 29 2019 03:03:42     City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 29 2019 03:03:26
                Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 29 2019 03:03:39     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr            +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 29 2019 03:06:16
                PRA Receivables Management LLC,    Attn Dolores Garcia VP,    PO Box 41067,
                Norfolk, VA 23541-1067
cr             E-mail/PDF: gecsedi@recoverycorp.com Aug 29 2019 03:05:49     Synchrony Bank,
                c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
                Miami, FL  33131-1605
13387193       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 29 2019 03:05:54
                American InfoSource LP as agent for,    Midland Funding LLC,    PO Box 268941,
                Oklahoma City, OK  73126-8941
13364257      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 29 2019 03:06:15     Capital 1 Bank,
                Attn: Bankruptcy Dept.,    Po Box 30285,    Salt Lake City, UT 84130-0285
13364258       E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 29 2019 03:03:21     Comenity Bank/HSN,
                Attn: Bankruptcy,    Po Box 183686,    Columbus, OH 43218
13364259      +E-mail/Text: bankruptcy_notifications@ccsusa.com Aug 29 2019 03:03:54     Credit Coll,
                Po Box 9136,    Needham, MA 02494-9136
13364261      +E-mail/PDF: gecsedi@recoverycorp.com Aug 29 2019 03:06:13     GECRB/Lowes,
                Attention: Bankruptcy Department,    Po Box 103104,    Roswell, GA 30076-9104
13364265      +E-mail/Text: bankruptcydpt@mcmcg.com Aug 29 2019 03:03:32     Midland Credit Management, Inc.,
                8875 Aero Drive,    Suite 200,    San Diego, CA 92123-2255
13364266      +E-mail/Text: bankruptcynotices@cbecompanies.com Aug 29 2019 03:03:38
                Nelson, Watson & Associates, LLC,    80 Merrimack Street Lower Level,
                Haverhill, MA 01830-5211
13443444       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 29 2019 03:05:51
                Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13386406       E-mail/Text: bnc-quantum@quantum3group.com Aug 29 2019 03:03:22
                Quantum3 Group LLC as agent for,    Comenity Capital Bank,    PO Box 788,
                Kirkland, WA  98083-0788
13367483       E-mail/PDF: rmscedi@recoverycorp.com Aug 29 2019 03:05:51
                Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                Miami, FL 33131-1605
13364271      +E-mail/PDF: gecsedi@recoverycorp.com Aug 29 2019 03:05:49     Syncb/lord & Tay,
                4125 Windward Plaza,    Alpharetta, GA 30005-8738
13446153       E-mail/PDF: gecsedi@recoverycorp.com Aug 29 2019 03:06:13     Synchrony Bank,
                c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
```

```
District/off: 0313-2          User: Antoinett              Page 2 of 2                  Date Rcvd: Aug 28, 2019
                              Form ID: 138NEW             Total Noticed: 40
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
                                                                                                    TOTAL: 17
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
NONE*          +Citizens Bank,   443 Jefferson Boulevard,   RJW-135,   Warwick, RI 02886-1321
13923303*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
              (address filed with court: Portfolio Recovery Associates, LLC,   PO Box 41067,
                Norfolk, VA 23541)
                                                                                  TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 30, 2019                                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 28, 2019 at the address(es) listed below:
```
              HEATHER STACEY RILOFF    on behalf of Creditor    Seterus, Inc., as the authorized subservicer for
               Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc
               heather@mvrlaw.com,  Michelle@mvrlaw.com
              JENIECE D. DAVIS     on behalf of Creditor    Seterus, Inc., as the authorized subservicer for
               Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc
               Jeniece@MVRLAW.COM,  bonnie@mvrlaw.com
              JOSEPH L QUINN    on behalf of Debtor Beverly  Williams CourtNotices@rqplaw.com
              KARINA  VELTER     on behalf of Creditor    PNC Bank, N.A. amps@manleydeas.com
              LESLIE J. RASE    on behalf of Creditor    OCWEN LOAN SERVICING, LLC pabk@logs.com,   lerase@logs.com
              POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com,
               ecf_frpa@trustee13.com
              REBECCA ANN SOLARZ     on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               bkgroup@kmllawgroup.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com,   ecf_frpa@trustee13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM EDWARD MILLER    on behalf of Creditor    OCWEN LOAN SERVICING, LLC
               wmiller@sterneisenberg.com,  bkecf@sterneisenberg.com
              WILLIAM EDWARD MILLER    on behalf of Creditor    Federal National Mortgage Association
               wmiller@sterneisenberg.com,  bkecf@sterneisenberg.com
                                                                                                   TOTAL: 11
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Beverly Williams
       Debtor(s)　　　　　　　　　　　　　Bankruptcy No: 14–16404–jkf
　　　　　　　　　　　　　　　　　　　　　Chapter: 13

---

### NOTICE OF DEADLINES

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

   1. The Standing Chapter 13 Trustee has filed his final report and account.

☑   2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑   3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

   4. All objections must be filed with the Clerk at the following address:

　　　　　　　　　　900 Market Street
　　　　　　　　　　Suite 400
　　　　　　　　　　Philadelphia, PA 19107

   5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

　　　　　　　　　　　　　　　　　　　　For The Court
　　　　　　　　　　　　　　　　　　　　Timothy B. McGrath
　　　　　　　　　　　　　　　　　　　　Clerk of Court

Dated: 8/28/19

　　　　　　　　　　　　　　　　　　　　　　　　　　85 – 83
　　　　　　　　　　　　　　　　　　　　　　　　　　Form 138_new