United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Beverly Williams  
     Debtor

Case No. 14-16404-jkf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: ChrissyW    Page 1 of 1    Date Rcvd: Oct 17, 2019  
                       Form ID: 195    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 19, 2019.  
db          +Beverly Williams,   1404 St. Johnsbury Court,   Chester Springs, PA 19425-8709

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 19, 2019                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 17, 2019 at the address(es) listed below:

        HEATHER STACEY RILOFF   on behalf of Creditor    Seterus, Inc., as the authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc heather@mvrlaw.com, Michelle@mvrlaw.com  
        JENIECE D. DAVIS   on behalf of Creditor    Seterus, Inc., as the authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc Jeniece@MVRLAW.COM, bonnie@mvrlaw.com  
        JOSEPH L QUINN   on behalf of Debtor Beverly  Williams CourtNotices@rqplaw.com  
        KARINA   VELTER   on behalf of Creditor    PNC Bank, N.A. amps@manleydeas.com  
        LESLIE J. RASE   on behalf of Creditor    OCWEN LOAN SERVICING, LLC pabk@logs.com, lerase@logs.com  
        POLLY A. LANGDON   on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com, ecf_frpa@trustee13.com  
        REBECCA ANN SOLARZ   on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper bkgroup@kmllawgroup.com  
        SCOTT F. WATERMAN (Chapter 13)   ECFMail@ReadingCh13.com, ecf_frpa@trustee13.com  
        United States Trustee   USTPRegion03.PH.ECF@usdoj.gov  
        WILLIAM EDWARD MILLER   on behalf of Creditor    Federal National Mortgage Association wmiller@sterneisenberg.com, bkecf@sterneisenberg.com  
                                                             TOTAL: 10

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:                                                                 : Chapter 13

Beverly Williams                                              : Case No. 14–16404–jkf

       Debtor(s)

***ORDER***
_____

    AND NOW, this day , October 17,2019 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

                               By The Court

                               Jean K. FitzSimon
                               Judge , United States Bankruptcy Court